1          HON. BENJAMIN H. SETTLE

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

| | |
|---|---|
| LISA C. NEAL and CHRISTOPHER L. NEAL, | Case No. C08-5576 BHS |
| Plaintiffs, | |
| v. | STIPULATION AND  ORDER OF DISMISSAL WITH PREJUDICE |
| STEWART TITLE GUARANTY COMPANY, an insurance company, | |
| Defendant. | **[Clerk's Action Required]** |

9

10

11

12

13

14

15                    **STIPULATION**

16          All parties, through their undersigned counsel, stipulate and agree that

17   this case is fully settled and should be dismissed, with prejudice and without costs.  The

18   subjoined Order is approved as to form and may be entered without notice.

19                                   SIRIANNI YOUTZ
20                                   MEIER & SPOONEMORE

21   DATED:  May 19, 2009          /s/ Richard E. Spoonemore_____
22                                   Richard E. Spoonemore  (WSBA #21833)
                                     Attorneys for Defendant Stewart Title Guaranty Co.
23

24   DATED:  May 19, 2009          /s/ Lisa C. Neal_____
                                     Lisa C. Neal  (WSBA #25686)
25                                   Attorney for Plaintiffs Neal

26

STIPULATED ORDER OF DISMISSAL WITH
PREJUDICE - 1
[Case No. C08-5576 BHS]

SIRIANNI YOUTZ
MEIER & SPOONEMORE
719 SECOND AVENUE, SUITE 1100
SEATTLE, WASHINGTON  98104
TEL. (206) 223-0303   FAX (206) 223-0246

1

**ORDER**

2

Based upon the foregoing, it is hereby ORDERED, ADJUDGED and

3

DECREED, that this case is hereby fully and forever dismissed, with prejudice, and

4

without costs to any party.

5

DATED this 20th day of May, 2009.

6

7

8

BENJAMIN H. SETTLE
United States District Judge

9

Presented by:

10

SIRIANNI YOUTZ

11

MEIER & SPOONEMORE

12

13

/s/Richard E. Spoonemore
Richard E. Spoonemore  (WSBA #21833)

14

Attorneys for Defendant Stewart Title Guaranty Co.

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED ORDER OF DISMISSAL WITH
PREJUDICE - 2
[Case No. C08-5576 BHS]

SIRIANNI YOUTZ
MEIER & SPOONEMORE
719 SECOND AVENUE, SUITE 1100
SEATTLE, WASHINGTON  98104
TEL. (206) 223-0303   FAX (206) 223-0246

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel on the Electronic Mail Notice List as shown below, and I hereby certify that I have mailed by United States Postal Service the document to the counsel/parties whose addresses are shown on the Manual Notice List below:

**Electronic Mail Notice List**

- **Lisa C Neal**
  neal4law@yahoo.com

**Manual Notice List**

- [none]

DATED:  May 19, 2009, at Seattle, Washington.

_/s/ Richard E. Spoonemore_
Richard E. Spoonemore

STIPULATED ORDER OF DISMISSAL WITH
PREJUDICE - 3
[Case No. C08-5576 BHS]

SIRIANNI YOUTZ
MEIER & SPOONEMORE
719 SECOND AVENUE, SUITE 1100
SEATTLE, WASHINGTON  98104
TEL. (206) 223-0303   FAX (206) 223-0246